## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    HAZEL HALL ANDERSON
          AKA: HAZEL ANDERSON, HAZEL H.
          ANDERSON


          Debtor(s)

                                        CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
               Movant                 CASE NO: 5-19-03127-RNO

          vs.

          HAZEL HALL ANDERSON
          AKA: HAZEL ANDERSON, HAZEL H.
          ANDERSON


          Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 2, 2021, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   March 2, 2021               Respectfully submitted,

                                        /s/   Agatha R. McHale, Esquire
                                        ID:  47613
                                        Attorney for Movant
                                        Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    HAZEL HALL ANDERSON
AKA: HAZEL ANDERSON, HAZEL H.
ANDERSON                  CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III            CASE NO: 5-19-03127-RNO
CHAPTER 13 TRUSTEE
            Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

            April 7, 2021 at 09:30 AM
            This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 5848.00**
              **AMOUNT DUE FOR THIS MONTH:  $1204.00**
       **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $7052.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.      You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 2, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HAZEL HALL ANDERSON
           AKA: HAZEL ANDERSON, HAZEL
           H. ANDERSON

                                    CHAPTER 13

            Debtor(s)

           CHARLES J. DEHART, III               CASE NO: 5-19-03127-RNO
           CHAPTER 13 TRUSTEE
                  Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 2, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

TULLIO DeLUCA, ESQUIRE                    UNITED STATES TRUSTEE
381 N 9TH AVENUE                          SUITE 1190
SCRANTON, PA  18504-                   228 WALNUT STREET
                                      HARRISBURG, PA  17101

Served by First Class Mail

HAZEL HALL ANDERSON
7620 SAWMILL RD.
TOBYHANNA, PA  18466

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 2, 2021                    Liz Joyce
                                     for Charles J. DeHart, III, Trustee
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    HAZEL HALL ANDERSON
           AKA: HAZEL ANDERSON, HAZEL H.
           ANDERSON

                                CHAPTER 13

           Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                Movant                        CASE NO: 5-19-03127-RNO

           vs.

           HAZEL HALL ANDERSON           MOTION TO DISMISS
           AKA: HAZEL ANDERSON, HAZEL H.
           ANDERSON

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.