UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     HAZEL HALL ANDERSON
            AKA: HAZEL ANDERSON, HAZEL H.
            ANDERSON

            Debtor(s)

            CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant             CASE NO: 5-19-03127-HWV

vs.

HAZEL HALL ANDERSON
AKA: HAZEL ANDERSON, HAZEL H.
ANDERSON

            Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on July 7, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    July 7, 2021                            Respectfully submitted,

                                                                   /s/    Agatha R. McHale, Esquire
                                                                    ID: 47613
                                                                    Attorney for Movant
                                                                    Jack N. Zaharopoulos
                                                                    Standing Chapter 13 Trustee
                                                                    8125 Adams Drive, Suite A
                                                                    Hummelstown, PA 17036
                                                                    Phone: (717) 566-6097
                                                                    Fax: (717) 566-8313
                                                                    eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAZEL HALL ANDERSON
AKA: HAZEL ANDERSON, HAZEL H.
ANDERSON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-19-03127-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

August 4, 2021 at 09:30 AM
U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 2412.00**
**AMOUNT DUE FOR THIS MONTH: $1204.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $3616.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: July 7, 2021

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAZEL HALL ANDERSON
AKA: HAZEL ANDERSON, HAZEL H. ANDERSON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-03127-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 7, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

HAZEL HALL ANDERSON
7620 SAWMILL RD.
TOBYHANNA, PA 18466

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 7, 2021

Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAZEL HALL ANDERSON
AKA: HAZEL ANDERSON, HAZEL H. ANDERSON

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 5-19-03127-HWV

vs.

HAZEL HALL ANDERSON
AKA: HAZEL ANDERSON, HAZEL H. ANDERSON

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.