United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-03127-MJC

Hazel Hall Anderson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 05, 2021     Form ID: ordsmiss     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hazel Hall Anderson, 7620 Sawmill Rd,, Tobyhanna, PA 18466-3550 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| cr | + | The Money Source INC., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 5233317 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5225705 | + | Junior Nelson, 125 Hale Ave., Brooklyn, NY 11208-1251 |
| 5225706 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5225707 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5225709 | | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 56084, Dallas, TX 75356 |
| 5225710 | + | TMS, 500 South Broad St.- Ste. 100A, Meriden, CT 06450-6755 |
| 5246434 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5225700 | + | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Aug 05 2021 18:50:00 | A Pocono Country Place P.O.A., Inc., 112 Recreation Drive, Tobyhanna, PA 18466-9599 |
| 5225701 | + | EDI: CINGMIDLAND.COM | Aug 05 2021 22:58:00 | AT & T Mobility II, LLC, c/o AT&T Services, Inc., Karen A. Cavagnaro - Lead Paralegal, One AT&T Way, Rm.3A104, Bedminster, NJ 07921-2693 |
| 5225702 | + | EDI: CAPITALONE.COM | Aug 05 2021 22:58:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5225703 | + | Email/Text: bankruptcy@credencerm.com | Aug 05 2021 18:50:00 | Credence Resource Management, P.O. Box 2300, Southgate, MI 48195-4300 |
| 5225708 | | EDI: PRA.COM | Aug 05 2021 22:58:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5251430 | | EDI: PRA.COM | Aug 05 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5229412 | | EDI: PENNDEPTREV | Aug 05 2021 22:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5229412 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2021 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5249070 | | EDI: AIS.COM | Aug 05 2021 22:58:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5225711 | + | EDI: VERIZONCOMB.COM | Aug 05 2021 22:53:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5225704 | *+ | Hazel Hall Anderson, 7620 Sawmill Rd,, Tobyhanna, PA 18466-3550 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2021             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source INC. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor THE MONEY SOURCE INC. tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Hazel Hall Anderson tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hazel Hall Anderson, <br> aka Hazel H. Anderson, aka Hazel Anderson, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−03127−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 5, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)